JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KATLYN M. BRADY, ESQ
Nevada Bar No. 14173
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: katlyn.brady@jacksonlewis.com

*Attorney for Defendant*
*Floor and Decor Outlets*
*of America, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAKE B. FINSTER,<br><br>         Plaintiff,<br><br>    vs.<br><br>FLOOR AND DECOR OUTLETS OF AMERICA, INC., a foreign corporation;<br><br>         Defendant. | Case No.:  2:24-cv-01150-GMN-EJY<br><br>**STIPULATION AND ORDER TO:**<br><br>(1)  **ARBITRATE CASE; AND**<br><br>(2)  **STAY CASE PENDING COMPLETION OF ARBITRATION** |

Defendant Floor & Decor Outlets of America, Inc., ("F&D" or "Defendant") by and through its counsel of record, the law firm of Jackson Lewis P.C., and Plaintiff Jake B. Finster ("Plaintiff"), by and through his counsel of record, the law firm of Hatfield & Associates, Ltd. hereby stipulate as follows:

1.    Plaintiff and Defendant are party to an arbitration clause which requires that any and all disputes between them be resolved through final, binding and private arbitration with JAMS (the "Arbitration Clause").

2.    On June 24, 2024, Plaintiff filed the instant case in this Court.

3.    Following discussions, the parties have agreed that all of Plaintiff's claims against Defendant shall be arbitrated in accordance with the Arbitration Clause and JAMS' Employment

Arbitration Rules & Procedures.

    4.    Therefore, Plaintiff and Defendant stipulate and agree that:

        a.   The Arbitration Clause is valid and binding on the parties;

        b.   All of Plaintiff's claims shall be submitted to and resolved by final, binding and private arbitration in accordance with the Arbitration Clause;

        c.   Plaintiff shall initiate arbitration proceedings with JAMS within ten (10) days of the Court's entry of this Stipulation as an Order, and;

        d.   This case shall be stayed in this Court pursuant to 9 U.S.C. § 3 pending completion of arbitration.

    5.    Nothing in this Stipulation, nor the act of entering into this Stipulation, shall operate to or be construed as waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right, of any Party hereto. *Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

    Dated this 16th day of July, 2024.

| HATFIELD & ASSOCIATES, LTD. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Trevor J. Hatfield* | */s/ Katlyn M. Brady* |
| Trevor J. Hatfield, Esq. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 7373 | Nevada Bar No. 12493 |
| 703 South Eighth Street | KATLYN M. BRADY, ESQ. |
| Las Vegas, Nevada 89101 | Nevada Bar No. 14173 |
| | 300 S. Fourth Street, Suite 900 |
| *Attorney for Plaintiff* | Las Vegas, Nevada 89101 |
| | *Attorneys for Defendant* |

## ORDER

**IT IS SO ORDERED.**  For administrative purposes, the Clerk of Court is kindly instructed to stay the case.  **IT IS FURTHER ORDERED** that the parties must file a joint status report informing the Court of the progress of the arbitration proceedings every 90 days.

_____
United States District Judge

Date: _July 16, 2024_____