1  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
2  AMANDA PATANAPHAN, ESQ
   Nevada Bar No. 15080
3  **JACKSON LEWIS P.C.**
4  300 S. Fourth Street, Suite 900
   Las Vegas, Nevada 89101
5  Telephone: (702) 921-2460
   Facsimile: (702) 921-2461
6  Email: joshua.sliker@jacksonlewis.com
7  Email: amanda.patanaphan@jacksonlewis.com

8  *Attorneys for Defendant*
   *Floor and Decor Outlets*
9  *of America, Inc.*

10                    **UNITED STATES DISTRICT COURT**

11                           **DISTRICT OF NEVADA**

12  JAKE B. FINSTER,                          Case No.:  2:24-cv-01150-GMN-EJY

13              Plaintiff,                    **STIPULATION AND ORDER FOR**
                                              **DISMISSAL WITH PREJUDICE**
14       vs.

15  FLOOR AND DECOR OUTLETS OF
    AMERICA, INC., a foreign corporation;
16
                Defendant.
17

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

JACKSON LEWIS P.C.
    LAS VEGAS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff JAKE B. FINSTER, by and his counsel of record, the law firm of Hatfield & Associates, Ltd., and Defendant FLOOR AND DECOR OUTLETS OF AMERICA, INC., by and through its counsel, the law firm of Jackson Lewis P.C., hereby stipulate to the Dismissal with Prejudice of this action, including all claims herein against all parties, with each party to bear their own attorneys' fees and costs.

Dated this 12th day of June 2025.

| HATFIELD & ASSOCIATES, LTD. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Trevor J. Hatfield* | */s/ Joshua A. Sliker* |
| TREVOR J. HATFIELD, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 7373 | Nevada Bar No. 12493 |
| 703 South Eighth Street | AMANDA PATANAPHAN, ESQ. |
| Las Vegas, Nevada 89101 | Nevada Bar No. 15080 |
|  | 300 S. Fourth Street, Suite 900 |
| *Attorney for Plaintiff* | Las Vegas, Nevada 89101 |
|  | *Attorneys for Defendant* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: June 16, 2025